**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| USA | CASE NUMBER |
| PLAINTIFF(S) | 2:25-cr-00780-SVW |
| v. | |
| Cynthia Raygoza et al | **ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 21-01 (Related Criminal Cases)** |
| DEFENDANT(S). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 21-01.

<span style="color:red">TRANSFER ORDER DECLINED</span>

_____
Date

_____
United States District Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth below:

Although Case Nos. CR 25-780 and CR 25-701 involve the same defendant, they would not involve substantial duplication of labor in pretrial, trial, or sentencing proceedings if heard by different judges.

10/13/2025
_____
Date

/s/    Fernando M. Olguin
_____
United States District Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case  2:25-cr-00701-FMO    and the present case:

☐  A.  Arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

☒  B.  Involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

**Notice to Counsel from Clerk**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____ . This is very important because documents are routed to the assigned judge by means of these initials.

<span style="color:red">TRANSFER ORDER DECLINED</span>

cc:  ☐ PSALA   ☐ PSAED   ☐ USMLA   ☐ USMSA   ☐ USMED   ☐ Previous Judge   ☐ Statistics Clerk