| Name & Address: | |
|---|---|
| Erica Choi (Bar No. 302351)<br>(E-Mail: erica_choi@fd.org)<br>Office of the Federal Public Defendner<br>321 E. 2nd Street<br>Los Angeles, CA 90012<br>T: (213) 894-2854<br>F: (213) 894-0081 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                 PLAINTIFF<br>v.<br>ASHLEIGH BROWN<br><br>                                 DEFENDANT. | CASE NUMBER<br><br>2:25-CR-780-SVW-2<br><br>NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW ~~OR RECONSIDERATION~~ OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION,<br>(18 U.S.C. §3142) |
|---|---|

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐ is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐ is not approved.

☐ Other: _____

An interpreter is  ☐ required  ☑ is not required.  Language _____
Defendant is  ☑ in custody  ☐ not in custody.

Clerk, U. S. District Court

| Date | Deputy Clerk | Contact Phone Number |
|---|---|---|

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.

NOTIFICATION  RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)

CR-88A  (10/09)