Robert M. Bernstein, Esq. SBN 183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310-477-1480
Robert@California-law.org

Attorney for Defendant
SANDRA CARMONA SAMANE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA CARMONA SAMANE<br><br>Defendant. | Case No. 2:25-cr-00780-SVW-3<br><br>DEFENDANT SANDRA CARMONA SAMANE'S JOINDER TO DEFENDANT BROWN'S NOTICE OF MOTION AND MOTION TO DISMISS THE CASE Dkt. # [93]<br><br>Hearing Date: January 26, 2026<br><br>Hearing Time: 11:00 a.m.<br><br>Court: Hon. Stephen V. Wilson |

**TO THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT; TO ALL DEFENSE COUNSEL: PLEASE TAKE NOTICE** that Defendant Sandra Carmona Samane, through her attorney of record, Robert

M. Bernstein, hereby files her Joinder to Defendant Brown's Notice of Motion and Motion to dismiss the case [Dkt. # 93].

Dated: December 31, 2025 Respectfully Submitted,

/*s/ Robert M. Bernstein*
Robert M. Bernstein
Counsel for Defendant
Sandra Carmona Samane