TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-8231
    Facsimile: (213) 894-0141
    E-mail:  lauren.border@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CYNTHIA RAYGOZA,<br>  aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>  aka "ice_out_ofla,"<br>  aka "corn_maiden_design," and<br>SANDRA CARMONA SAMANE,<br>  aka "Sandra Karmona,"<br>  aka "Sandra Carolina Carmona Samame,"<br>  aka "Sandra Carmona Samame,"<br><br>    Defendants. | No. 2:25-cr-00780-SVW<br><br>REQUEST TO DISMISS WITHOUT PREJUDICE COUNT TWO OF THE INDICTMENT AGAINST ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a) |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Lauren E. Border, hereby moves to dismiss without prejudice count two of the indictment

1  (dkt. 22) in the above-captioned case against defendants CYNTHIA
2  RAYGOZA, ASHLEIGH BROWN, and SANDRA CARMONA SAMANE ("defendants"),
3  charging defendants with Publicly Disclosing the Personal Information
4  of a Federal Agent, in violation of 18 U.S.C. § 119(a), 18 U.S.C.
5  § 2(a).
6     The United States moves to dismiss count two of the indictment
7  without prejudice against all defendants in the interests of justice
8  under Federal Criminal Rule 48(a), and therefore respectfully
9  requests that the Court grant its motion.  Defendant SAMANE does not
10 oppose dismissal, whereas defendants RAYGOZA and BROWN do not
11 stipulate to dismissal.

Dated: January 12, 2026          Respectfully submitted,

                                 TODD BLANCHE
                                 Deputy Attorney General

                                 BILAL A. ESSAYLI
                                 First Assistant United States
                                 Attorney

                                 ALEXANDER B. SCHWAB
                                 Assistant United States Attorney
                                 Acting Chief, Criminal Division

                                 _____/s/_____
                                 LAUREN E. BORDER
                                 Assistant United States Attorney

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA