UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>CYNTHIA RAYGOZA,<br>　aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>　aka "ice_out_ofla,"<br>　aka "corn_maiden_design," and<br>SANDRA CARMONA SAMANE,<br>　aka "Sandra Karmona,"<br>　aka "Sandra Carolina Carmona Samame,"<br>　aka "Sandra Carmona Samame,"<br><br>　　　　Defendants. | No. 2:25-cr-00780-SVW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO DISMISS WITHOUT PREJUDICE COUNT TWO OF THE INDICTMENT AGAINST ALL DEFENDANTS |

　　The Court has read and considered the United States' Request to Dismiss Without Prejudice Count Two of the Indictment Against All Defendants Pursuant to Federal Rule of Criminal Procedure 48(a). Finding good cause therefore and that dismissal is in the interests of justice, the Court hereby GRANTS the request and ORDERS as follows:

1. Count two of the indictment (dkt. 22) is hereby DISMISSED without prejudice as to all defendants.
2. The parties shall proceed to jury trial on count one of the indictment on February 24, 2026 at 9:00 a.m.

IT IS SO ORDERED.

January 13, 2026
DATE

HONORABLE STEPHEN V. WILSON
United States District Judge

Presented by:

       /s/
LAUREN E. BORDER
Assistant United States Attorney