# Exhibit A

Video (USAO 26), filed under seal