Robert M. Bernstein, Esq. SBN 183398
9465 Wilshire Blvd., Suite 300
Beverly Hills, CA 90212
310-477-1480
Robert@California-law.org

Attorney for Defendant
SANDRA CARMONA SAMANE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA CARMONA SAMANE<br><br>Defendant. | Case No. 2:25-cr-00780-SVW-3<br><br>DEFENDANT SANDRA CARMONA SAMANE'S JOINDER TO DEFENDANT BROWN'S NOTICE OF MOTION AND MOTION TO DISMISS COUNT TWO OF THE SUPERSEDING INDICTMENT Dkt. # [127]<br><br>Hearing Date: February 9, 2026<br><br>Hearing Time: 11:00 a.m.<br><br>Court: Hon. Stephen V. Wilson |

**TO THIS HONORABLE COURT; TO COUNSEL FOR THE GOVERNMENT; TO ALL DEFENSE COUNSEL: PLEASE TAKE NOTICE**

that Defendant Sandra Carmona Samane, through her attorney of record, Robert

M. Bernstein, hereby files her Joinder to Defendant Brown's Notice of Motion and Motion to dismiss count two of the superseding indictment. the case [Dkt. # 127].

Dated: February 2, 2026            Respectfully Submitted,

                                              */s/ Robert M. Bernstein*
                                              Robert M. Bernstein
                                              Counsel for Defendant
                                              Sandra Carmona Samane