TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
LAUREN E. BORDER (Cal. Bar No. 327770)
Assistant United States Attorney
General Crimes Section
CLIFFORD D. MPARE (Cal. Bar No. 337818)
Assistant United States Attorney
Major Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8231/4962
     Facsimile: (213) 894-0141
     E-mail:    lauren.border@usdoj.gov
                clifford.mpare@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>CYNTHIA RAYGOZA,<br>   aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>   aka "ice_out_ofla,"<br>   aka "corn_maiden_design," and<br>SANDRA CARMONA SAMAME,<br>   aka "Sandra Karmona,"<br>   aka "Sandra Carolina Carmona Samame,"<br>   aka "Sandra Carmona Samane,"<br><br>          Defendants. | No. 2:25-cr-00780-SVW<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>Trial Date:  February 24, 2026<br>Time:        9:00 a.m.<br>Location:    Courtroom of the<br>             Hon. Stephen V.<br>             Wilson |

     Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Clifford D. Mpare and Lauren E. Border, hereby files the government's exhibit list.

The government reserves the right to supplement or modify this exhibit list before and during trial.

Dated: February 20, 2026           Respectfully submitted,

                                        TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division


                /s/
LAUREN E. BORDER
CLIFFORD D. MPARE
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES v. RAYGOZA ET AL.
### CASE NO. 2:25-cr-00780-SVW
### GOVERNMENT'S EXHIBIT LIST

| EX. | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|
| 1 | Screenshot 1 from the_moxie_report (USAO_00000003) | | |
| 2 | Screenshot 2 from the_moxie_report (USAO_00000004) | | |
| 3 | Video from August 28, 2025 (USAO_00000005) | | |
| 4 | Baldwin Park Police Department report dated August 28, 2025 (USAO_00000007) *[for identification purposes only]* | | |
| 5 | Video from ice_out_ofla on August 28, 2025 (USAO_00000023) | | |
| 6 | Video from August 28, 2025 (USAO_00000024) | | |
| 7 | Video from ice_out_ofla on August 28, 2025 (USAO_00000025) | | |
| 8 | Video from ice_out_ofla on August 28, 2025 (USAO_00000026) | | |
| 9 | Videos of defendant Brown on accounts ice_out_ofla and corn_maiden_designs (USAO_00000027) | | |
| 10 | Video from defendmesoamericanculture from August 28, 2025 (USAO_00000028) | | |
| 11 | Video from ice_out_ofla from August | | |

|  |  |  |  |
|---|---|---|---|
|  | 28, 2025 (USAO_00000030) |  |  |
| 12 | Video from August 28, 2025 (USAO_00000037) |  |  |
| 13 | Screenshot of social media comments (USAO_00000063) |  |  |
| 14 | 911 phone call from J.H. on August 28, 2025 (USAO_00000165) |  |  |
| 14A | Transcript of 911 phone call from J.H. on August 28, 2025 (USAO_00000165) *[for identification purposes only]* |  |  |
| 15 | 911 phone call from neighbor on August 28, 2025 (USAO_00000192) |  |  |
| 15A | Transcript of 911 phone call from neighbor on August 28, 2025 (USAO_00000192) *[for identification purposes only]* |  |  |
| 16 | Screenshot from social media (USAO_00000214) |  |  |
| 17 | Report of investigation re: interview of J.H. on January 22, 2026 (USAO_00000297) *[for identification purposes only]* |  |  |
| 18 | Report of investigation re: interview of R.H. on January 22, 2026 (USAO_00000301) *[for identification purposes only]* |  |  |
| 19 | Video from August 28, 2025 |  |  |

|    |                                                                                                                          |   |   |
|----|--------------------------------------------------------------------------------------------------------------------------|---|---|
|    | (USAO_00000348)                                                                                                          |   |   |
| 20 | Video from August 28, 2025<br><br>(USAO_00000349)                                                                        |   |   |
| 21 | Video from August 28, 2025<br><br>(USAO_00000350)                                                                        |   |   |
| 22 | Report of investigation re: interview of J.H. on February 4, 2026<br><br>(USAO_00000352)<br><br>*[for identification purposes only]* |   |   |
| 23 | Report of investigation re: interview of R.H. on February 4, 2026<br><br>(USAO_00000355)<br><br>*[for identification purposes only]* |   |   |
| 24 | Report of investigation re: interview of Baldwin Park Police Officer Zachary Goble on February 5, 2026<br><br>(USAO_00000357)<br><br>*[for identification purposes only]* |   |   |
| 25 | Report of investigation re: interview of Baldwin Park Police Officer Janae Moreno on February 5, 2026<br><br>(USAO_00000361)<br><br>*[for identification purposes only]* |   |   |
| 26 | Video from August 28, 2025<br><br>(USAO_00000421)                                                                        |   |   |
| 27 | Baldwin Park Police Department body worn camera from August 28, 2025<br><br>(USAO_BWC_007)                               |   |   |
| 28 | Baldwin Park Police Department body worn camera from August 28, 2025<br><br>(USAO_BWC_008)                               |   |   |

3

| | | | |
|---|---|---|---|
| 29 | Baldwin Park Police Department body worn camera from August 28, 2025 (USAO_BWC_011) | | |
| 30 | *[intentionally left blank]* | | |
| 31 | Baldwin Park Police Department video of defendant Raygoza in police vehicle (USAO_BWC_029) | | |
| 32 | *[intentionally left blank]* | | |
| 33 | *[intentionally left blank]* | | |
| 34 | *[intentionally left blank]* | | |
| 35 | *[intentionally left blank]* | | |
| 36 | *[intentionally left blank]* | | |
| 37 | *[intentionally left blank]* | | |
| 38 | *[intentionally left blank]* | | |
| 39 | *[intentionally left blank]* | | |
| 40 | *[intentionally left blank]* | | |