**GREGORY NICOLAYSEN (CA 98544)**
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Phone: (818) 970-7247
Fax: (661) 252-6023
Email: gregnicolaysen@aol.com

Attorney For Defendant,
Cynthia Raygoza

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:25-CR-00780 SVW |
| ) | |
| Plaintiff, ) | PROPOSED VOIR DIRE QUESTIONS FILED BY DEFENDANT CYNTHIA RAYGOZA |
| v. ) | |
| ) | Trial Date: February 24, 2026 |
| CYNTHIA RAYGOZA, et al., ) | Time: 9:00 a.m. |
| ) | Ctrm: The Hon. Stephen V. Wilson |
| Defendants ) | |

Defendant Cynthia Raygoza submits her proposed voir dire questions.

**A.    The Charged Offense: Stalking**

   (1)    Has anyone here had an experience where you felt someone was stalking you? If so,

   (a)    how recently was this incident.

   (b)    was this a person you knew, or a stranger?

  (c)  describe the person's behavior.  Was it persistent and repetitive?

  (d)  Over what period of time did the stalking occur?

  (e  were you physically harmed in any way?

  (f)  what emotional effect did this experience have on you or others around you such as family members?

  (g)  was that person arrested / prosecuted?  What was the outcome?

  (h)  did you go to court to obtain a restraining order?  If so, did the person comply with it?  Did s/he violate the restraining order?

  (i)  did you seek any therapy or counseling because of this experience?

  (j)  was any other action taken against this individual?

  (k)  are you still affected by this experience today?

**B.** **<u>Juror Views Regarding ICE Enforcement</u>**

  (1)  As a member of the public, you are likely to have personal views about the federal government's immigration policies and the actions undertaken by the Immigration & Customs Enforcement agency, commonly known as ICE.  Can you make a commitment that if you are selected to serve on this jury, you will set aside your own personal views about these policies and practices and base your decision solely on the evidence presented and the Court's instructions?

C. **Juror Views Regarding Credibility Of Witnesses**

    (1)    How do you evaluate whether or not someone is telling the truth?

D. **Juror Views Regarding, And Experiences With, Law Enforcement**

    (1)    What, if any, interactions have you had with law enforcement, whether formal or informal, social or in the course of law enforcement action?

    (2)    How have those interactions affected your opinion of law enforcement, if

    (3)    What have you read, watched (whether in the news, through social media, or through internet sources) or that you personally witnessed regarding the conduct of law enforcement officers?

    (4)    What is your opinion regarding the credibility of law enforcement officers who testify at trial?

    (5)    Do you believe that members of law enforcement are more honest than other witnesses? If so, why?

    (6)    Do you believe law enforcement officers are better able to recall events than anyone else? If so, why?

    (7)    What, if any, opinion do you have regarding the reliability of law enforcement as it relates to investigation of crime?

    (8)    What, if any, opinion do you have regarding the reliability of law enforcement as it relates to investigation of crime?

E. **Juror Views Regarding The Presumption Of Innocence**

(1) What does the presumption of innocence mean to you?

(2) What is your opinion regarding the presumption of innocence?

(3) If the Court asked you to decide right now, before hearing any evidence, on a verdict, would that verdict be not guilty or guilty?

F. **Juror Views Regarding The Nature Of The Case And The Defendant**

(1) Is there anything about the defendant that makes you believe you cannot be a fair and impartial juror to both sides? If yes, please explain.

(2) Is there anything about the nature of the case that makes you believe you cannot be a fair and impartial juror to both sides? If yes, please explain.

(3) Would it be difficult for you to be fair and impartial because of the charges?

G. **Juror Views Regarding The Criminal Justice System**

(1) What is your opinion of the criminal justice system?

(2) Do you believe that the defendant must be guilty because she is being prosecuted by the U.S. government?

(3) Does anyone think that the defense has to introduce any evidence in order for you to find her not guilty?

(4) Does anyone believe that an innocent person is more likely to testify in her own behalf?

(5) Does the presence of a federal agent at the prosecution table cause you to believe the defendant must be guilty?

(6) Do you believe that police officers sometimes lie?

(7) Would you be more likely to believe the testimony of a person involved in law enforcement rather than the testimony of someone not involved in law enforcement?

(8) Would you accept the combined testimony of the prosecution's witnesses just because there are more of them?

(9) Do you understand that even if the prosecution called one hundred witnesses and the defense calls none, you would still have to acquit the defendants, unless you believe that the evidence presented proves guilt beyond a reasonable doubt?

H.  **Juror Views Regarding Jury Service**

(1) Do you want to be a juror in this case? Why or why not?


DATED:   February 20, 2026                Respectfully Submitted,


_____/S/_____
GREGORY NICOLAYSEN
Attorney for Defendant,
Cynthia Raygoza

5