UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES - GENERAL

| Case No.: | 2:25-cr-00780-SVW | Date: | February 23, 2026 |
|---|---|---|---|

| Present: The Honorable | STEPHEN V. WILSON, United States District Judge |
|---|---|
| Interpreter | N/A |

| Daniel Tamayo | c/s 2-23-2026 | Lauren Elizabeth Border<br>Clifford Mpare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | √ | | √ | | | | |
| 2) Ashleigh Brown | √ | | √ | Bert Roughton DFPD | √ | √ | |
| 3) Sandra Carmona Samane | √ | √ | | Jon Aminoff DFPD | √ | √ | |

Proceedings:  **PRETRIAL TRIAL**
**MOTION to Dismiss Case Filed by Defendant Sandra Carmona Samane [92]**
**MOTION to Dismiss Case Filed by Defendant Ashleigh Brown [93]**
**MOTION to Compel Government to Produce Grand Jury Materials Filed by Defendant Ashleigh Brown [104]**
**MOTION to Dismiss Counts 2 of First Superseding Indictment Filed by Defendant Cynthia Raygoza [114]**
**MOTION in Limine to Exclude EVIDENCE OR ARGUMENT SUGGESTING A § 119 VIOLATION OR DOXXING Filed by Defendant Sandra Carmona Samane [115]**
**MOTION in Limine to Preclude IRRELEVANT EVIDENCE AND ARGUMENT SEEKING JURY NULLIFICATION Filed by Plaintiff [119]**
**Second MOTION in Limine to Admit RELEVANT EVIDENCE OF CONDUCT POST-LIVESTREAM Filed by Plaintiff [120]**
**MOTION in Limine to Admit Videos And Photos Filed by Defendant Cynthia Raygoza [121]**
**MOTION in Limine to Preclude Ashleigh Brown's Previous Statements to Pretrial Services Filed by Defendant Ashleigh Brown [122]**
**MOTION in Limine to Exclude Statements from Karmane Toney Filed by Defendant Ashleigh Brown [123]**
**MOTION in Limine to Exclude Unrelated Family Death Filed by Defendant Ashleigh Brown [124]**
**MOTION to Dismiss Counts Two of First Superseding Indictment Filed by Defendant Ashleigh Brown [127]**         (Held and Completed)

Case called. Pretrial Conference held. The Motions in Lime ([92], [93], [104], [114], [115], [119], [120], [121], [122], [123], [124] [127]) were ruled on for reasons stated on the record. The jury trial date remains set for January 27, 2026, at 1:30 p.m.

IT IS SO ORDERED.
CC: PSA

|   | 2 | : | 30 |
|---|---|---|---|
| | Initials of Deputy Clerk | DTA | |