# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. 2:25-cr-00780-SVW | Date February 24, 2026 |
| Present: The Honorable STEPHEN V. WILSON | |
| Interpreter n/a | |

| Daniel Tamayo | c/s 2-24-2026 | Lauren E. Border & Clifford Mpare |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Cynthia Raygoza | X | ☐ | X | 1) Gregory Nicolaysen CJA | X | X | ☐ |
| 2) Ashleigh Brown | X | ☐ | X | 2) Erica Choi DFPD | X | X | ☐ |
| | | | | 2) Shannon M. Coit DFPD | X | X | ☐ |
| 3) Sandra Carmona Samane | X | X | ☐ | 3) Robert M. Bernstein CJA | X | X | ☐ |

_____ Day COURT TRIAL    1st Day JURY TRIAL    _____ Death Penalty Phase

_____ One day trial;   X Begun (1st day);   X Held & continued;   _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by  Plaintiff and Defendants 1, 2, 3

X  Witnesses called, sworn and testified.

X  Exhibits identified          X  Exhibits admitted

_____ Government rests.    _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made    _____ Court instructs jury    _____ Bailiff sworn

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused    _____ Jury retires to deliberate    _____ Jury resumes deliberations

_____ Finding by Court as follows:

| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

_____ Jury polled    _____ Polling waived

_____ Filed Witness & Exhibit lists    _____ Filed Jury notes    _____ Filed Jury Instructions    _____ Filed Jury Verdict

_____ Dft # _____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

_____ Dft # _____ remanded to custody.    _____ Remand/Release# _____ issd.    _____ Dft # _____ released from custody.

_____ Bond exonerated as to Dft # _____

X  Case continued to February 2/25/2026 at 9:00 AM   for further trial/further jury deliberation.

_____ Other:

                                                                    4  :  20
                                                 Initials of Deputy Clerk  DTA

X USM  X USPPO