FILED
CLERK, U.S. DISTRICT COURT

2/27/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CASE NO.:   **2:25-cr-00780-SVW** |
| Plaintiff(s), | ) | |
| | ) | JURY NOTE #: _____1_____ |
| vs. | ) | |
| 1) Cynthia Raygoza | ) | TIME: ___9:05___ |
| 2) Ashleigh Brown | ) | |
| 3) Sandra Carmona Samane | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

☐  The jury has reached a unanimous verdict.

☐  The jury advises the Court of the following:

☒  The jury requests the following:

ADDITIONAL COPIES OF DEFINITIONS OF COUNTS AND CHARGES, DOCUMENT 103 PAGE 1-6 PAGE ID # 624-629. ADDITIONAL COPIES OF CLOSING JURY INSTRUCTIONS.

Dated: 2-27-26