**FILED**
CLERK, U.S. DISTRICT COURT

2/27/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DTA_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>         v.<br><br>CYNTHIA RAYGOZA,<br>  aka "Cynthia Curiel Curiel,"<br>ASHLEIGH BROWN,<br>  aka "ice_out_ofla,"<br>  aka "corn_maiden_design," and<br>SANDRA CARMONA SAMAME,<br>  aka "Sandra Karmona,"<br>  aka "Sandra Carolina Carmona Samame,"<br>  aka "Sandra Carmona Samane,"<br><br>      Defendants. | No. 2:25-cr-00780-SVW<br><br>VERDICT FORM<br><br>Trial Date:  February 24, 2026<br>Time:        9:00 a.m.<br>Location:    Courtroom of the<br>                Hon. Stephen V.<br>                Wilson |

## COUNT ONE

1.    We, the jury, unanimously find the defendant CYNTHIA RAYGOZA (check one):

_____     GUILTY

\_\_✓\_\_     NOT GUILTY

of Count One.

2.    We, the jury, unanimously find the defendant ASHLEIGH BROWN (check one):

_____     GUILTY

\_\_✓\_\_     NOT GUILTY

of Count One.

3.    We, the jury, unanimously find the defendant SANDRA CARMONA SAMAME (check one):

_____     GUILTY

\_\_✓\_\_     NOT GUILTY

of Count One.

*(continue to the next page)*

2

## COUNT TWO

4.   We, the jury, unanimously find the defendant CYNTHIA RAYGOZA (check one):

     ✓     GUILTY

          NOT GUILTY

of Count Two.

5.   We, the jury, unanimously find the defendant ASHLEIGH BROWN (check one):

     ✓     GUILTY

          NOT GUILTY

of Count Two.

6.   We, the jury, unanimously find the defendant SANDRA CARMONA SAMAME (check one):

          GUILTY

     ✓     NOT GUILTY

of Count Two.

**(The foreperson should now sign and date this verdict form.)**

DATED:   2-27-26   , 2026, at Los Angeles, California.