# EXHIBIT E



U.S.D.C. CENTRAL DISTRICT OF CALIFORNIA

CASE NO. CR 25-780-SVW

United States of America

VS. Raygoza, et al

PLAINTIFF'S EXHIBIT 5 (Screenshot)

DATE _____ IDEN.

DATE _____ EVID.

BY _____
Deputy Clerk