# EXHIBIT N

**Exhibit Number: 36**

**File name: Ex. 6.7—USAO_0024 - 08.58-09.26**

[0:24 - 0:28]

**Defendant Brown**:

¡Migra! ¡Migra on your street!

**English Translation**:

Immigration! Immigration on your street!

Exhibit 36
Page 1 of 1