# EXHIBIT O

**Exhibit Number: 37**

**File name: Ex. 6.8—USAO_0024 - 10.34–11.23**

[0:00 - 0:02]

**Defendant Raygoza**:

¡Migra! ¡Migra! ¡ICE!

**English Translation**:

Immigration! Immigration! ICE!


[0:05 - 0:09]

**Defendant Brown**:

¡Migra! ¡Migra!

**English Translation**:

Immigration! Immigration!


[0:14 - 0:19]

**Defendant Brown**:

¡Migra! ¡Migra!

**English Translation**:

Immigration! Immigration!


[0:31 - 0:35]

**Defendant Raygoza**:

Get the fuck out of our way, puto!


Exhibit 37
Page 1 of 2

**English Translation**:

Get the fuck out of our way, faggot!

Exhibit 37
Page 2 of 2