**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-780-SVW-2 |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER RE UNOPPOSED EX PARTE APPLICATION FOR BOND MODIFICATION** |
| ASHLEIGH BROWN, | |
| Defendant. | |

The Court has read and considered the Ex Parte Application for Bond Modification. The Court finds sufficient cause to grant the request, and hereby orders the bond modified as follows:

Ms. Brown is permitted to travel to and reside in Colorado from May 4 to May 17, 2026, and May 20 to June 6, 2026.

Ms. Brown is permitted to attend her daughter's graduation on May 28, 2026.

DATED: April 30, 2026

_____
HONORABLE STEPHEN V. WILSON
United States District Judge

Presented by: _/s/ Erica Choi_
Deputy Federal Public Defender