AMY KARLIN (Bar No. 150016)
Interim Federal Public Defender
ERICA CHOI (Bar No. 302351)
(E-Mail: Erica_Choi@fd.org)
SHANNON COIT (Bar No. 298694)
(E-Mail: Shannon_coit@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
ASHLEIGH BROWN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 2:25-CR-780-SVW |
|---|---|
| Plaintiff, | |
| v. | **EX PARTE APPLICATION TO CONTINUE SENTENCING HEARING** |
| ASHLEIGH BROWN, | |
| Defendant. | Current Sentencing: July 20, 2026, at 11:00 a.m. |
| | Proposed Sentencing: August 17, 2026, at 11:00 a.m. |

Ashleigh Brown, by and through her counsel of record, Deputy Federal Public Defenders Erica Choi and Shannon Coit, hereby requests to continue her sentencing from July 20, 2026, at 11:00 a.m., to August 17, 2026, at 11:00 a.m., or another date and time convenient to the Court. The government takes no position on this request. This ex parte application is based on the following:

1. Ms. Brown filed an omnibus motion for acquittal or a new trial. The Court

1

held a hearing on the motion on June 15, 2026, and took the matter under submission.

2.  Sentencing is scheduled for July 20, 2026.

    a.  The Probation Office prepared a Presentence Investigation Report on May 4, 2026.

    b.  Defense counsel requests a continuance to obtain additional records and documents on behalf of Ms. Brown. These records are necessary for defense counsel to present information about Ms. Brown at sentencing.

3.  The defense requests to continue the sentencing date in order to receive a ruling on the pending motions. In addition, the defense requests additional time to obtain requested records in support of its written sentencing position.

4.  The government takes no position on this application.

Respectfully submitted,

AMY KARLIN
Interim Federal Public Defender

DATED:  July 3, 2026        By  */s/ Erica Choi*
        ERICA CHOI
        Deputy Federal Public Defender
        Attorney for ASHLEIGH BROWN

2