**GREGORY NICOLAYSEN (CA 98544)**
**27240 Turnberry Lane, Suite 200**
**Valencia, CA 91355**
**Phone: (818) 970-7247**
**Fax: (661) 252-6023**
**Email: gregnicolaysen@aol.com**

**Attorney For Defendant,**
**Cynthia Raygoza**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **2:25-CR-00780 SVW** |
| ) | |
| ) | **EX PARTE APPLICATION AND** |
| **Plaintiff,** ) | **PROPOSED ORDER TO VACATE** |
| ) | **SENTENCING HEARING** |
| **v.** ) | **Current Sentencing Hearing: July 20, 2026 at 11:00 a.m.** |
| ) | |
| **CYNTHIA RAYGOZA, et al.,** ) | |
| ) | |
| **Defendants** ) | **Ctrm: The Hon. Stephen V. Wilson** |
| ) | |
| _____ ) | |

**TO: THIS HONORABLE COURT AND ASSISTANT U.S. ATTORNEYS**

**LAUREN ELIZABETH BORDER AND CLIFFORD DANKWA MPARE, JR.:**

**Defendant Cynthia Raygoza, by and through her CJA counsel of record,**

**Gregory Nicolaysen, hereby files this Ex Parte Application to vacate the sentencing**

**hearing of July 20, 2026.  Currently pending before the court is a post trial motion by**

defendant Raygoza for a judgment of acquittal or new trial.  By this ex parte application, Ms. Raygoza respectfully asks the court to vacate the July 20, 2026 sentencing date.  In addition, Ms. Raygoza asks the Court not to set a new sentencing date unless the Court denies the motion.

DATED: July 7, 2026                    Respectfully Submitted,


_____/S/_____
**GREGORY NICOLAYSEN**
**Attorney for Defendant,**
**Cynthia Raygoza**

2