**GREGORY NICOLAYSEN (CA 98544)**
**27240 Turnberry Lane, Suite 200**
**Valencia, CA 91355**
**Phone: (818) 970-7247**
**Fax: (661) 252-6023**
**Email: gregnicolaysen@aol.com**

**Attorney For Defendant,**
**Cynthia Raygoza**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **2:25-CR-00780 SVW** |
| ) | |
| ) | **JOINT EX PARTE APPLICATION** |
| **Plaintiff,** ) | **BY DEFENDANTS RAYGOZA AND** |
| ) | **BROWN TO CONTINUE** |
| **v.** ) | **SENTENCING HEARING AND** |
| ) | **PROPOSED ORDER** |
| **CYNTHIA RAYGOZA, et al.,** ) | **Current Sentencing Hearing:** |
| ) | **August 17, 2026 @ 11:00 a.m.** |
| **Defendants** ) | **Proposed Date: September 28, 2026** |
| ) | **Time: 11:00 a.m.** |
| _____ ) | |

**TO: THIS HONORABLE COURT AND ASSISTANT U.S. ATTORNEYS**

**LAUREN ELIZABETH BORDER AND CLIFFORD DANKWA MPARE, JR.:**

**Defendant Cynthia Raygoza, by and through her CJA counsel of record,**

**Gregory Nicolaysen, and defendant Ashleigh Brown, by and through her counsel of**

**record, Deputy Federal Public Defenders Erica Choi and Shannon M. Coit, jointly**

move this court ex parte to continue the sentencing hearing of the defendants from August 17, 2026, at 11:00 a.m. to September 28, 2026, at 11:00 a.m.  Good cause exists to grant the application on the ground that the post trial motions by both defendants for a judgment of acquittal or new trial  are still pending.

The requested continuance affords time for the court to rule and, if needed, for the defense to submit sentencing position papers prior to sentencing.

Assistant United States Attorney Lauren Border advised via email on August 3, 2026, that there is no objection to the ex parte.

DATED:   August 3, 2026             Respectfully Submitted,


_____/S/_____
GREGORY NICOLAYSEN
Attorney for Defendant,
Cynthia Raygoza

DATED: August 3, 2026             AMY KARLIN
Interim Federal Public Defender


By_____/S/_____
ERICA CHOI
Deputy Federal Public Defender
Attorney for Ashleigh Brown