# EXHIBIT A

Dear Judge Wilson,

I am writing in regard to the sentencing of Ashleigh Brown.

Ashleigh stayed with my wife Laurel and me at our home in Venice for almost a year of her probation. [redacted] the (now) three-year old was here much of that time and we hosted the rest of her family for visits.

Laurel has written about Ashleigh and her stay with us, so I won't repeat that (I proof-read her letter and I agree with her).

My special concern is for [redacted] Ashleigh's 14 year old daughter. [redacted] is an amazingly doting and tolerant sister to [redacted] When they were both here, she would spend long hours keeping [redacted] both cared for and amused, giving both her parents and us welcome breaks from the demands of toddler care.

[redacted] has now started as a freshman at a new (to her) high school, and she is loving it. She is on the JV Volleyball team and has joined the high school ROTC. And she has made new friends!

If Ashleigh is incarcerated, family finances would force them to depend on [redacted] for much of [redacted] care. Knowing [redacted], I am sure she would do a good job, but much of her non-academic life would suffer. I am concerned it would be a blow to her young life to miss out on so much that could enrich her whole life.

Thank you,

John Gord

[redacted]

[redacted], CA

Dear Judge Wilson,

My husband and I have lived in Venice for over forty years. My husband John is a retired Electrical Engineer who worked in the field of medical electronics. I retired from teaching Parent/Toddler groups. We were introduced to Ashleigh Brown by our son Jeph who met her at a downtown demonstration against ICE. Ashleigh had come to Los Angeles to comfort an older sister in the hospital. Ashleigh would join the demonstration in the evening when visiting hours ended. Jeph knew that we have a spare room, so when Ashleigh's living arrangement in L.A. fell apart, he asked if she could stay here and we said yes.

Soon after Ashleigh came to stay with us she was arrested, and you know the rest of that story. How it affected us is that her tenure with us became much longer than any of us had expected. During the many months that she was on probation we got to know her and her family very well. She couldn't go back to Colorado to visit them, and recognizing the importance to her children of maintaining a relationship with her, we welcomed their visits.

Ashleigh was in foster care from the time she was 12 and also struggles with dyslexia. Despite those two significant handicaps, she had the fortitude that it took to put herself through college. I'm really amazed by that. We also saw that both she and her husband are responsible and devoted parents.

I'll discuss her sense of responsibility first. While here, Ashleigh searched diligently for a job. She was handicapped because her experience and expertise had been in the areas of outreach and writing grant proposals for nonprofits, an area she was barred from exploring because of her probation limitations on using the internet. She applied for jobs in the restaurant industry, an area where she had no experience. She thought it might help if she got a bartending certificate and probation allowed her to go to bartending school. I have two sons who both did very well in school, and I can tell you that I had never seen a harder working student than Ashleigh. She made flash cards and drilled herself and practiced mixing drinks (using colored water so we didn't all get drunk). When it came to the final exam, she scored over 100%--extra credit, one of the highest scores her instructors had seen. Then came the news that her probation barred her from getting a job in a bar. Her ankle bracelet added to her difficulty in getting a job, as most employers didn't want to take a chance on somebody pending sentencing. Still she went out every day, and filled out many applications. In the meantime her husband was taking their two-year-old to work with him and their 13-year-old was helping out after school, so we said the that [redacted] (the two-year-old) could came here.

For as long as we've known Nick and Ashleigh, we've been impressed with the love and dedication they bring to their parenting (and I've worked with a lot of families). In the time we've known them, [redacted] turned three, and [redacted] turned 14. Ashleigh worked diligently (with our blessing) to create a safe and appropriate environment for a 2 year old in a home that had long been an empty nest. She read to her, cuddled with her and took her to the park (when probation allowed).

Ashleigh had spent much of her childhood Los Angeles and the family had been considering moving here, a decision which was made more urgent after the DHS featured her arrest on their website and published their Colorado address. Now they're in the process of moving to Anaheim. Knowing that

[redacted] would be starting a new school in August, she came to stay with us so that Ashleigh could make the long commute from Venice to Anaheim to take [redacted] to school orientation volleyball tryouts. I've made that drive in rush hour traffic and it's no joke. Both Ashleigh and Nick have a Native American parent and grew up with some of that heritage. They both participate in Native dance and Ashleigh led a Native dance troop at an international arts festival in Venice, as well as taking troops to Germany on a number of occasions. They share these traditions with their daughters. [redacted] is an accomplished dancer and has gorgeous hand-beaded regalia created by her mother.

Both daughters are a credit to their parents but there's more to say about [redacted] as she starts High School. She started at [redacted] in August and already is playing J.V. volleyball, joined ROTC, Joined a choral group, and is doing well in her classes. She entered Anaheim High as a straight A student.

One last comment is that I have a somewhat difficult and confusing auto immune disorder (Myasthenia Gravis), and I was always grateful to Ashleigh's sensitivity regarding that. When I feel up to it, I like to cook, but when I wasn't Ashleigh took over kitchen duty so that my kitchen-averse husband didn't eat junk. (The man has fifty patents in his name but couldn't boil an egg).

My husband and I have come to cherish this family, and we're haunted by how tragic it would be for the whole family if Ashleigh were to see more incarceration.

Sincerely,

Laurel Gord

[redacted] .

[redacted], CA

Your Honor,

I am writing on behalf of Ashleigh Brown- although, like many of her other friends, I usually call her AK. I'll begin by saying a few words about myself. My name is Jeff Gord, and although I received a 4-year degree in History at Haverford College in Pennsylvania back in 2004, I have otherwise lived my entire forty-four years of existence here in Los Angeles. So I have deep roots in this city, and when I see things happening here that I don't like, I feel the need to get involved, using all of the measures that are legally enshrined in the constitution. In June of 2025, I heard about the protests that were taking place in Downtown Los Angeles in response to ICE activity, and although I live in Playa Vista and do not drive, I felt moved to take public transit to Downtown every evening after work to join the protests in front of the Metropolitan Detention Center. That's where I met AK. Although we started out as complete strangers, we immediately recognized eachother as kindred spirits, both committed to our sense of justice, and both committed to pursuing justice through lawful means, including the right to peacefully assemble, to record the public activities of law enforcement, and to share these records through the free press, including the novel forms of citizen journalism made possible through social media. We quickly became friends as well as fellow activists, and I would soon befriend AK's husband Nick and their two daughters H and K. They met my parents Laurel and John Gord in August of 2025, and as you know, AK was eventually authorized to stay with my parents during part of her ongoing period of home detention.

During the many months we spent protesting together, AK and I met many different types of people, not only among our fellow activists, but among the many everyday bystanders and commuters who passed through Downtown during the summer of 2025. She made a serious effort to be friendly and welcoming towards everyone we met, and in large part, she was well-liked by the activists and other people who frequented the area of the protests. When the occasional personality conflicts came up, whether or not AK was directly involved, she was always the first one encouraging the involved parties to sit down together, have a respectful conversation, and try their best to resolve their differences and repair their relationship. I was consistently impressed by her ability to resolve interpersonal disputes in ways that were satisfying to everyone involved. There were some inevitable occasions where a conflict could not be resolved, but when this happened, AK invariably walked away from the situation and simply avoided the other parties to the degree that she could, without attempting to escalate or continue the conflict in any way.

AK and I got along so well that I could not wait to introduce her and her family to my parents, which I would eventually do by having them over for lunch at my parents' house, which is also the house where I grew up. I would not invite anyone to visit my childhood home and meet my parents if I had any doubt regarding their character and decency, and in the case of AK and her family, I felt no doubt at all. Over the past year, our families have gotten to know eachother well, and not only have I come to see AK as a sister, but now I also see Nick as a brother, and H and K as honorary nieces.

I have no children of my own, but I have the immense honor of being an unofficial uncle to many of my friends' children, so I know a good family when I see when I see one, and the Browns are a very good family. AK creates beautiful beadwork in the tradition of her Native American heritage, and is working to

pass the skill on to H , who is currently in the 9th grade, a talented high school volleyball player, and a member of Junior ROTC. H previously developed the idea for a business called Lakota Body Care, manufacturing soaps and other personal care products using traditional Native American ingredients. AK and Nick helped her get the business off the ground, and they enjoyed a good deal of success back in Colorado. The family is currently in the process of moving to Southern California, and they are already making plans to restart the business once they get settled in. AK and Nick both have extensive experience managing nonprofit organizations, often with a focus on Native American culture and commerce. They have always been able to make a good living in this field, and have identified a number of organizations in their new neighborhood where they hope to get involved. The fourth family member, K , is a happy three year old who loves climbing on things, playing with random objects, and running around at the park. She has a great life, but as with all toddlers, looking after and taking of her is a 24-hour job. Her father and sister are able take great care of her by themselves, but in the long run, this would leave Nick with less time to pursue his career, and H with less time to play volleyball, make soap, and be an ordinary teenager.

And in addition to being a great mom, a loving wife, a talented artist, and a hardworking activist with a firm commitment to nonviolent political advocacy, AK is just an all around great friend and great person. Although I have a good life, I have always been known as a bit of an “odd duck”, and I don’t always have the easiest time making friends. But almost from the moment we met, it was clear that AK did not just tolerate my oddness, but celebrated and appreciated it.

If AK goes to prison, it will not make anyone safer. But the world will temporarily be deprived of a talented artist with a passion for justice, Nick will temporarily be deprived of his loving wife, H and K will be deprived of their mother and teacher during some of their most formative years, and I will miss one of the best friends I have ever known.

Respectfully,

Jeffrey Gord