GREGORY NICOLAYSEN (CA 98544)
27240 Turnberry Lane, Suite 200
Valencia, CA 91355
Phone: (818) 970-7247
Fax: (661) 252-6023
Email: gregnicolaysen@aol.com

Attorney For Defendant,
Cynthia Raygoza

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CYNTHIA RAYGOZA, et al.,<br><br>Defendants | 2:25-CR-00780-SVW<br><br>EX PARTE APPLICATION BY DEFENDANT CYNTHIA RAYGOZA TO CONTINUE SENTENCING HEARING; PROPOSED ORDER<br><br>Current Sentencing Date:<br>September 28, 2026, 11:00 a.m.<br><br>Proposed Date:<br>October 19, 2026, 11:00 a.m. |

TO: THIS HONORABLE COURT AND ASSISTANT U.S. ATTORNEYS LAUREN E. BORDER AND CLIFFORD D. MPARE, JR.:

Defendant Cynthia Raygoza, by and through her counsel of record, Gregory Nicolaysen, moves this court *ex parte* to continue her sentencing hearing currently set for September 28, 2026, at 11:00 a.m., to October 19, 2026 at 11:00 a.m.

**Good cause exists to grant the application on the ground that the post trial motion filed by defendant Raygoza for a judgment of acquittal or new trial is still pending.**

**The requested continuance affords time for the court to rule and, if needed, for Raygoza's counsel to submit a sentencing position paper prior to sentencing.**

**The courtroom deputy clerk has confirmed that the date/time of October 19, 2026 at 11:00 a.m. is available with the Court.**

**This application applies only to defendant Raygoza, but there is no objection to the court continuing the sentencing date for both defendants to the same date / time if the Court is inclined to do so, as the court has previously done.**

**Government counsel has informed defense counsel by email on September 21, 2026, that the government objects to a continuance, but that if the Court is inclined to grant the application, the date of October 19, 2026 works for the government.**

**DATED: September 23, 2026** **Respectfully Submitted,**

**_________/S/_____________**
**GREGORY NICOLAYSEN**
**Attorney for Defendant,**
**Cynthia Raygoza**